GARRY L. HAYES, ESQ.
Nevada State Bar No. 1540
LARSON A. WELSH, ESQ.
Nevada State Bar No. 12517
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
Lwelsh@lvlaw.com; L.Finchio@nevlaw.com
*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INOMEDIC/INNOVATIVE HEALTH APPLICATIONS, LLC,<br><br>Petitioner,<br><br>v.<br><br>NONINVASIVE MEDICAL TECHNOLOGIES, INC.,<br><br>Respondent. | Case No.: 2:14-cv-01035-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PETITIONER TO FILE A REPLY TO ECF NO. 41**<br>(First Request) |

Petitioner, Inomedic/Innovative Health Applications, LLC ("IHA") and Respondent, Noninvasive Medical Technologies, Inc. ("NMT" and collectively with IHA as the "Parties"), by and through their respective undersigned counsel, hereby submit this Stipulation and Order to Extend to Extend Time for Petitioner to File a Reply to ECF No. 41. Petitioner's Reply was due on May 11, 2017. This Stipulation and Order is submitted in compliance with LR IA 6-1 and 6-2.

On February 27, 2017, this Court entered an Order Granting IHA's Motion for a Judgment Debtor Exam. ECF No. 39. On April 25, 2017, IHA filed a Motion for Order to Show Cause why NMT should not be held in contempt. ECF No. 40. On May 4, 2017, NMT filed a Response to IHA's Motion for Order to Show Cause. ECF No. 41.

…

The primary issue in the pleadings is the failure of NMT to appear for a judgment debtor examination. The Parties, through counsel, however recently have agreed to hold the judgment debtor examination on May 25, 2017 at 9:00 a.m. at the office of IHA's counsel. To limit the Parties costs and in the interests of judicial economy, the Parties agree to extend the time for IHA to file a Reply to ECF No. 41 for an additional three (3) weeks, or until June 1, 2017. If the issues presented in IHA's Motion (ECF No. 40) are resolved by the judgment debtor examination, no further pleadings will be necessary. Accordingly, the Parties submit there is good cause to extend the time for IHA to file a Reply to ECF No. 41 until June 1, 2017.

Dated this 12th day of May, 2017

LAW OFFICE OF HAYES & WELSH

By: /s/ Larson A. Welsh
LARSON A. WELSH, ESQ.
Nevada Bar No. 12517
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Tel: (702) 434-3444
Fax: (702) 434-3739
*Attorneys for Petitioner*

Dated this 12th day of May, 2017

MORRIS LAW GROUP

By:/s/ Ryan Lower
RYAN LOWER, ESQ.
Nevada Bar No. 9108
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 474-9400
Fax: (702) 474-9422
*Attorneys for Respondent*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2017