**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| INOMEDIC/INNOVATIVE HEALTH APPLICATIONS, LLC, <br><br>　　　　　Plaintiff, <br><br>vs. <br>NONINVASIVE MEDICAL TECHNOLOGIES, INC., <br><br>　　　　　Defendant. | 2:14-cv-01035-RFB-VCF <br>**ORDER** |

The Court has reviewed Defendant's Emergency Motion for Protective Order (ECF No. 47) and Supplement to its Emergency Motion for Protective Order (ECF No. 48).

Accordingly,

IT IS HEREBY ORDERED that the Judgment Debtor Exam scheduled for May 25, 2017 is stayed pending further order of the court. Any opposition to Defendant's Emergency Motion for Protective Order (ECF No. 47) must be filed on or before May 31, 2017. Any reply in support of Defendant's Emergency Motion for Protective Order (ECF No. 47) must be filed on or before June 7, 2017.

IT IS FURTHER ORDERED that a hearing on Defendant's Emergency Motion for Protective Order (ECF No. 47) is scheduled for 11:00 AM, June 9, 2017, in Courtroom 3D.

*Nunc Pro Tunc*

Dated this 26th day of May, 2017.

_____ <br>
CAM FERENBACH <br>
UNITED STATES MAGISTRATE JUDGE